IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BARBARA MADEJCZYK,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

    v.                                           Case No.   14-cv-593-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, denying plaintiff Barbara Madejczyk's application for disability benefits is REVERSED AND REMANDED under sentence four of 42 U.S.C. § 405(g) for further proceedings.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered awarding plaintiff attorney fees and costs in the amount of $5,936.20 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


     s/ J. Smith, Deputy Clerk                         6/4/2015
   Peter Oppeneer, Clerk of Court                      Date